**SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Fax: (973) 696-8571
JOHN J. SCURA III, ESQ., Attorney ID (022771993)
*Counsel to Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, NA, ACCESS BANK, PLC (formerly DIAMOND BANK, PLC), JOHN DOES 1-100, ABC CORPORATIONS 1-100, (being fictitious parties),<br><br>Defendants. | Docket No.: 2:21-cv-12835<br><br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ACCESS BANK PLC (formerly DIAMOND BANK, PLC)** |

The Plaintiff, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP (hereinafter referred to as "Plaintiff"), by and through their counsel hereby stipulate and agree to a voluntary dismissal without prejudice as to any and all claims against Defendant ACCESS BANK, PLC (formerly DIAMOND BANK, PLC), ("Defendant"), and Plaintiff's Complaint is hereby dismissed without prejudice as this Defendant. There has been no settlement or payment made on behalf of this Defendant.

                            **SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP**
                            Attorneys for Plaintiff

Dated: June 24, 2021           <u>/s/ John J. Scura III, Esq.</u>
                                      By: JOHN J. SCURA III, ESQ.