Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
jquinn@rwmlegal.com

*Attorneys for Defendant*
*Citibank, NA*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, NA, DIAMOND PLC, JOHN DOES 1-100, ABC CORPORATIONS 1-100, (being fictious parties),<br><br>Defendants. | Civil Action No. 21-12835 (ES) (LDW)<br><br>*Document electronically filed.*<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for Defendant Citibank, NA in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: July 21, 2021

ROBINSON MILLER LLC

By: s/ Justin T. Quinn
Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
jquinn@rwmlegal.com