Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
jquinn@rwmlegal.com

*Attorneys for Defendant*
*Citibank, NA*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, NA, DIAMOND PLC, JOHN DOES 1-100, ABC CORPORATIONS 1-100, (being fictious parties),<br><br>　　　　Defendants. | Civil Action No. 21-12835 (ES) (LDW)<br><br>*Document electronically filed.*<br><br>**APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO L. CIV. R. 6.1(b)** |

　　　　Application is hereby made pursuant to Local Civil Rule 6.1(b) for the entry of a Clerk's Order extending the time within which Defendant Citibank, NA may answer, move, or otherwise respond to the Amended Complaint filed by Plaintiff (ECF No. 5). In making this application, it is represented that:

　　　　1.　　No previous extension has been obtained;

　　　　2.　　Service of the Summons and Amended Complaint were effectuated upon Defendant Citibank, NA on or about July 12, 2021;

　　　　3.　　Absent this extension, Defendant Citibank, NA's time to answer or otherwise respond to the Amended Complaint would be due on August 2, 2021; and

4. With this extension, Defendant Citibank, NA's answer or other response would be due on August 16, 2021.

Dated:  July 30, 2021                                         ROBINSON MILLER LLC

By:  s/ Justin T. Quinn
Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.:  (973) 690-5400
Facsimile No.:  (973) 466-2761
jquinn@rwmlegal.com

The above application be and hereby is **GRANTED**, and Defendant Citibank, NA's time to answer or otherwise reply to the Amended Complaint (ECF No. 5) is extended for a period of fourteen (14) days, up to and including August 16, 2021, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

                                            WILLIAM T. WALSH
                                            Clerk of Court
                                            United States District Court
                                            District of New Jersey

                                            By: _____
                                                    Deputy Clerk

Dated: _____, 2021